NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCE CONSTRUCTION SERVICES, INC.,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2011-1536

---

Appeal from the Armed Services Board of Contract Appeals in no. 55232, Administrative Judge Owen C. Wilson.

---

ON MOTION

---

ORDER

John McHugh, Secretary of the Army, moves for a 10-day extension of time, until February 27, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

__FEB 2 1 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gerald Scott Walters, Esq.
Dawn E. Goodman, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 1 2012

**JAN HORBALY**
**CLERK**